IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CYNTHIA L. MCCARTY                                                                       PLAINTIFF

V.                              CASE NO. 4:10CV1466 JLH-JTK

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                                           DEFENDANT

## ORDER

Pending before the Court is Plaintiff's Motion for Leave to Proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 (DE #1). The application is incomplete, as it does not contain Plaintiff's take-home pay or wages, if any, and does not list the approximate value of the 1998 Jeep Cherokee. Therefore, the Court hereby directs Plaintiff to supplement her application within fourteen days of this Order.

IT IS SO ORDERED this 14th day of October, 2010.

_____
UNITED STATES MAGISTRATE JUDGE