## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

CYNTHIA L. MCCARTY                                                        PLAINTIFF

v.                                    No. 4:10CV1466 JLH

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration                                        DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order filed separately today, it is Considered, Ordered and Adjudged that the decision of the Commissioner is affirmed. The complaint of Cynthia L. McCarty is dismissed with prejudice.

IT IS SO ORDERED this 8th day of March, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE